AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00134 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| Joshua Lee Atwood | ) Assign Date: 4/15/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) |
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers) |
| 18 U.S.C. §§ 111(a)(1) and 111(b)(1) | (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) |
| 18 U.S.C. §§ 1752(a)(1) & 1752(b)(1)(A) | (Entering, Remaining in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon) |
| 18 U.S.C. §§ 1752(a)(2) & 1752(b)(1) (A) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon) |
| 18 U.S.C. §§ 1752(a)(4) & 1752(b)(1)(A) | (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence in the Capitol Grounds or Building) |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing in a Capitol Building) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___04/15/2024___

_____
Judge's signature

City and state: ___Washington, D.C.___  ___Robin M. Meriweather, U.S. Magistrate Judge___
Printed name and title