AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Joshua Lee Atwood

)
)
)
)
)
)
)
)

Case: 1:24-mj-00134
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/15/2024
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                          Joshua Lee Atwood                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. §§ 111(a)(1) and 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752 (a)(1) & 1752 (b)(1)(A) (Entering, Remaining in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(2) & 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(4) & 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:     04/15/2024

2024.04.15
11:56:36 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Hon. Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  04/15/2024  , and the person was arrested on *(date)*  04/17/2024
at *(city and state)*  Burgettstown, PA  .

Date:  04/17/2024

*Arresting officer's signature*

Sarah Stirrup,  Special Agent
*Printed name and title*